# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA NICKERSON,<br>　　　　Plaintiff,<br>　　v.<br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br>　　　　Defendant. | Case No. SA CV 14-1835 JVS (JCG)<br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Complaint, the Joint Stipulation, the Magistrate Judge's Report and Recommendation, and the remaining record. Neither party has filed objections to the Report and Recommendation.

　　　　On remand, the Administrative Law Judge ("ALJ") shall conduct a further administrative hearing in order to pose hypothetical questions that take into account all of Plaintiff's credited limitations. The ALJ shall then re-determine Plaintiff's residual functional capacity. *See Swanson v. Astrue*, 2011 WL 4591074, at *10 (E.D. Cal Sept. 30, 2011).

//

1

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;

2. The decision of the Commissioner denying benefits is reversed, and the matter is remanded for further administrative action[1]; and

3. The Clerk serve copies of this Order on the parties.

DATED: October 14, 2015

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

---

[1] Accordingly, Plaintiff's separate request for remand, filed after the Joint Stipulation, is DENIED AS MOOT. [*See* Dkt. No. 14.]

2