JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA NICKERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　Defendant. | Case No. SA CV 14-1835 JVS (JCG)<br><br>**JUDGMENT** |

　　IT IS ADJUDGED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter is **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative action this action.

DATED: October 14, 2015

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HON. JAMES V. SELNA
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE