**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Julia Nickerson

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA NICKERSON,<br><br>　　Plaintiff,<br><br>　　v<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　Defendant. | No. SACV14-1835 JVS (JCG)<br><br>ORDER<br>AWARDING EQUAL ACCESS<br>TO JUSTICE ACT ATTORNEY<br>FEES AND COSTS |

　　Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

　　IT IS ORDERED that the Commissioner shall pay attorney fees and expenses the amount of THREE THOUSAND SIX HUNDRED NINE DOLLARS and NINE CENTS ($3,609.09), and costs under 28 U.S.C. § 1920 in the amount of ZERO DOLLARS ($00.00) for costs, as authorized by 28 U.S.C. §§ 2412(d), 1920, subject to the terms of the above-referenced Stipulation.

　　Dated: November 19, 2015

_____
THE HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

1